## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS,<br><br>  Plaintiff,<br><br>  v.<br><br>FOOD & DRUG ADMINISTRATION; DR. STEPHEN M. HAHN, *Commissioner of Food & Drugs, in his official capacity*; BIOMEDICAL ADVANCED RESEARCH & DEVELOPMENT AUTHORITY; GARY L. DISBROW, *Ph.D., Acting Director, Biomedical Advanced Research & Development Authority, in his official capacity*; DEPARTMENT OF HEALTH & HUMAN SERVICES; and ALEX AZAR, *Secretary of Health & Human Services, in his official capacity*,<br><br>  Defendants. | No. 1:20-cv-0493 |

### **CERTIFICATE REQUIRED BY FED. R. CIV. P. 7.1**

I, the undersigned counsel of record for plaintiffs in the above-captioned action certify that, to the best of my knowledge and belief: (1) the Association of American Physicians & Surgeons is a nonprofit corporation with no parent companies, subsidiaries, or affiliates that have outstanding securities in the hands of the public; and (2) the other plaintiff is a natural persons for whom no corporate disclosure is required. These representations are made in order that judges of this Court may determine the need for recusal.

Dated June 2, 2020                              Respectfully submitted,


   /s/ Lawrence J. Joseph
_____

Lawrence J. Joseph, D.C. Bar No. 464777

1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036-2643
Telephone: (202) 355-9452
Telecopier: (202) 318-2254
Email: ljoseph@larryjoseph.com

*Counsel for Plaintiff*

*s*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Because counsel for the federal defendants have not yet filed an appearance, I also served the foregoing dociument on the following counsel via U.S. Mail, postage-prepaid:

>Andrew B. Birge
>U.S. Attorney, Western District of Michigan
>United States Attorney's Office
>P. O. Box 208
>Grand Rapids, MI 49501-0208

/s/ Lawrence J. Joseph

Lawrence J. Joseph