**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

Association of American Physicians & Surgeons,

          Plaintiff,

   v.                                 Case No. 1:20-cv-493-RJJ-SJB

Food & Drug Administration, et al.,

          Defendants.

**Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure
to State a Claim Upon Which Relief Can Be Granted**

Defendants hereby move this Court to dismiss the complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. The grounds for this motion are fully set forth in Defendants' contemporaneously filed brief.

July 10, 2020                           Respectfully submitted,

OF COUNSEL:                  ETHAN P. DAVIS
                                  Acting Assistant Attorney General

ROBERT P. CHARROW
  General Counsel               MICHAEL D. GRANSTON
                                  Deputy Assistant Attorney General

STACY CLINE AMIN             Civil Division
  Deputy General Counsel
  U.S. Department of Health
    and Human Services           GUSTAV W. EYLER
                                  Director

  Chief Counsel
  Food and Drug Administration    ANDREW E. CLARK
                                  Assistant Director

ANNAMARIE KEMPIC
  Deputy Chief Counsel, Litigation

SAMANTHA HONG
SUSAN WILLIAMS
  Associate Chief Counsel
  Office of the General Counsel
  Food and Drug Division
  10903 New Hampshire Avenue
  Silver Spring, MD  20993

s/ James W. Harlow
JAMES W. HARLOW
  Trial Attorney
  Consumer Protection Branch
  U.S. Department of Justice
  P.O. Box 386
  Washington, DC  20044-0386
  (202) 514-6786
  (202) 514-8742 (fax)
  James.W.Harlow@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

July 10, 2020                                         s/ James W. Harlow
                                                     JAMES W. HARLOW