# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Association of American Physicians & Surgeons,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>Food & Drug Administration, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:20-cv-493-RJJ-SJB |

**Defendants' Response to Plaintiff's Motion to Expedite Hearing or Ruling**

　　Plaintiff Association of American Physicians & Surgeons ("AAPS") requested oral argument in the caption of its motion for a preliminary injunction. *See* AAPS PI Mot., ECF No. 8. AAPS now "moves for an expedited hearing or ruling on its pending motion for a preliminary injunction." AAPS Mot. Expedite, ECF No. 15, PageID.726.

　　The determination of whether oral argument is necessary to dispose of a motion is at the court's discretion. W.D. Mich. LCivR 7.2(d). Defendants believe that both AAPS's motion for a preliminary injunction and Defendants' motion to dismiss may be resolved on the pleadings without argument. However, if the Court believes that argument would be helpful, Defendants gladly would accommodate the Court's preference.

| | |
|---|---|
| July 31, 2020 | Respectfully submitted, |
| OF COUNSEL: | ETHAN P. DAVIS<br>　Acting Assistant Attorney General |
| ROBERT P. CHARROW<br>　General Counsel | MICHAEL D. GRANSTON<br>　Deputy Assistant Attorney General<br>　Civil Division |

S<small>TACY</small> C<small>LINE</small> A<small>MIN</small>
  Deputy General Counsel
  U.S. Department of Health
    and Human Services
    Chief Counsel
  Food and Drug Administration

A<small>NNAMARIE</small> K<small>EMPIC</small>
  Deputy Chief Counsel, Litigation

S<small>AMANTHA</small> H<small>ONG</small>
S<small>USAN</small> W<small>ILLIAMS</small>
  Associate Chief Counsel
  Office of the General Counsel
  Food and Drug Division
  10903 New Hampshire Avenue
  Silver Spring, MD  20993

G<small>USTAV</small> W. E<small>YLER</small>
  Director

A<small>NDREW</small> E. C<small>LARK</small>
  Assistant Director

s/ James W. Harlow
J<small>AMES</small> W. H<small>ARLOW</small>
  Trial Attorney
  Consumer Protection Branch
  U.S. Department of Justice
  P.O. Box 386
  Washington, DC  20044-0386
  (202) 514-6786
  (202) 514-8742 (fax)
  James.W.Harlow@usdoj.gov

## CERTIFICATE OF WORD COUNT COMPLIANCE

Pursuant to Local Civil Rule 7.2(b)(i), I hereby certify that this response contains 114 words, as calculated by the word count function of Microsoft Word 2016.

July 31, 2020                                            s/ James W. Harlow
                                                         JAMES W. HARLOW

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

July 31, 2020                                            s/ James W. Harlow
                                                         JAMES W. HARLOW