UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASSOCIATION OF AMERICAN
PHYSICIANS & SURGEONS,

    Plaintiff,

v.

FOOD & DRUG ADMINISTRATION, et al.,

    Defendants.

_____/

CASE No. 1:20-CV-493

HON. ROBERT J. JONKER

## **JUDGMENT**

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of Defendants and against Plaintiff Association of American Physicians & Surgeons, dismissing all claims for lack of standing.

Dated:   August 14, 2020        /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                    CHIEF UNITED STATES DISTRICT JUDGE