# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, | )<br>)<br>) No. 1:20-cv-00493-RJJ-SJB |
| Plaintiff, | )<br>) |
| vs. | ) Hon. Robert J. Jonker<br>) |
| FOOD & DRUG ADMINISTRATION, *et al.*, | ) Mag. Sally J. Berens<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Association of American Physicians & Surgeons, pursuant to 28 U.S.C. § 1291, appeals to the United States Court of Appeals for the Sixth Circuit from the final Judgment of the United States District Court for the Western District of Michigan, entered on August 14, 2020 [ECF No. 22], and from its related Opinion and Order entered on the same date [ECF. No. 21].

Respectfully submitted,

Dated: August 14, 2020

/s/ Andrew L. Schlafly
Andrew L. Schlafly
General Counsel
Association of American Physicians & Surgeons
939 Old Chester Road
Far Hills, New Jersey 07931
Tel: 908-719-8608
Fax: 908-934-9207
Email: aschlafly@aol.com

*Attorney for Plaintiff Association of American Physicians & Surgeons*